UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

FILED

2007 JUN 18 P 4: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Northern District of California, San Jose
2112 United States Courthouse
280 South First Street
San Jose, CA 95113

5-07-70304-HRL

RE:        USA vs.
USDC No.:  1:07–MJ–00138–SMS

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated June 12, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

   Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

                    Very truly yours,

June 14, 2007       /s/ A. Gil–Garcia
                    _____
                    Deputy Clerk

RECEIVED BY:    _____
                Please Print Name

DATE RECEIVED:  _____

NEW CASE
NUMBER:         _____

emailed rc dc.

**COMMITMENT TO ANOTHER DISTRICT**
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA<br>vs<br>TRUE NAME: CARLOS BARRERA-RAMIREZ<br>JOHN DOE aka. GUSTAVO Barrera-MORALES | Docket Number<br><br>Magistrate Case Number<br>1:07-MJ-00138 |

FILED JUN 12 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT    ☐ INFORMATION    ☒ COMPLAINT    ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 18 U.S.C. § SECTION 1424

DISTRICT OF OFFENSE: Northern of California, San Jose

DESCRIPTION OF CHARGES: impersonate another person as an applicant — naturalization + citizenship

CURRENT BOND STATUS: ___ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
___ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

Representation: ___ Retained Counsel  ☒ Federal Defender  ___ CJA Attorney  ___ None

Interpreter Required?  ___ No  ☒ Yes  Language: Spanish

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

June 12, 2007
Date

SANDRA M. SNYDER, United States Magistrate Judge

**RETURN**

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |

as of 10/2000

CLOSED, INTERPRETER

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:07-mj-00138-SMS All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Barrera-Ramirez | Date Filed: 06/12/2007<br>Date Terminated: 06/12/2007 |

Assigned to: Magistrate Judge Sandra M. Snyder

**Defendant**

**Carlos Barrera-Ramirez** (1)　　　　　　　　　represented by **Eric Vincent Kersten**
*TERMINATED: 06/12/2007*　　　　　　　　　　　　　　　　　　　　　Office of the Federal Defender
*also known as*　　　　　　　　　　　　　　　　　　　　　　　　　　　2300 Tulare Street, Suite 330
Gustavo Barrera-Morales (1)　　　　　　　　　　　　　　　　　　　Fresno, CA 93721
*TERMINATED: 06/12/2007*　　　　　　　　　　　　　　　　　　　　　(559) 487-5561
*also known as*　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (559) 487-5950
Gustano Berrera-Morales (1)　　　　　　　　　　　　　　　　　　　Email: eric_kersten@fd.org
*TERMINATED: 06/12/2007*　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Designation: Public Defender or Community Defender Appointment

**Pending Counts**　　　　　　　　　　　　　　　　　　　　　　　　　**Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**　　　　　　　　　　　　　　　　　　　　　　　**Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**　　　　　　　　　　　　　　　　　　　　　　　　　　　**Disposition**
None

---

**Plaintiff**

USA　　　　　　　　　　　　　　　　　　　　　　　　　　　　represented by **Mark Joseph McKeon**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2500 Tulare Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 4401
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fresno, CA 93721
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　559-497-4048
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 559-497-4099

*[Stamp:]* I hereby attest and certify on 6/14/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

Email: mark.mckeon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2007 | 1 | RULE 5(c)(3) DOCUMENTS RECEIVED as to John Doe (Gil-Garcia, A) (Entered: 06/12/2007) |
| 06/12/2007 | 2 | MINUTES (Text Only) for proceedings held before Judge Sandra M. Snyder on 6/12/2007: Oral MOTION for appointment of counsel - So Ordered. INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS from ND of CA, San Jose re Criminal Complaint as to John Doe held - received complaint, waived ID Hearing; **TRUE NAME - Carlos Barrera-Ramirez.** DETENTION HEARING held, brief discussion, submitted - defendant Ordered **DETAINED and TRANSPORTED.** Government Counsel M. McKeon present. Defense Counsel E. Kersten - FD appointed present. Custody Status: Custody. Court Reporter/CD Number: J. Vasquez. Interpreter SPANISH - A. Watrous present. (Herman, H) (Entered: 06/12/2007) |
| 06/12/2007 | 3 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Carlos Barrera-Ramirez. (Lundstrom, T) (Entered: 06/13/2007) |
| 06/12/2007 | 5 | COMMITMENT to ANOTHER DISTRICT as to Carlos Barrera-Ramirez. Defendant committed to District of Northern District of California, San Jose., Carlos Barrera-Ramirez terminated. Signed by Judge Sandra M. Snyder on 6/12/07. (Gil-Garcia, A) (Entered: 06/14/2007) |
| 06/14/2007 | 4 | DETENTION ORDER as to Carlos Barrera-Ramirez signed by Judge Sandra M. Snyder on 6/14/2007. (Lucas, G) (Entered: 06/14/2007) |
| 06/14/2007 | 6 | TRANSMITTAL of DOCUMENTS on *6/12/2007* to * Northern District of California, San Jose* *2112 United States Courthouse* *280 South First Street* *San Jose, CA 95113*. *Electronic Documents: 1 to 4. *. (Gil-Garcia, A) (Entered: 06/14/2007) |