No. **CR 07 00391 JF** HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

2007 JUN 20 P 3:50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## THE UNITED STATES OF AMERICA
### vs.
### CARLOS BARRERA-RAMIREZ a.k.a. Gustavo Barrera-Morales

# INDICTMENT

**COUNT ONE - FOUR**: Title 18, U.S.C. § 1424 - Personation or Misuse of Papers in Naturalization Proceedings

**COUNT FIVE** : Title 18, U.S.C. § 1542 - False Statement in Application for United States Passport

*A true bill.*

_____
Foreperson

Filed in open court this 20th day of June A.D. 2007

_____
United States Magistrate Judge

Bail. $ __NO PROCESS REQUIRED__

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 JUN 20 P 3:50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

CARLOS BARRERA-RAMIREZ,
a/k/a GUSTAVO BARRERA-MORALES,

  Defendant.

No. CR 07 00391 JF

VIOLATIONS: Title 18, United States Code, Section 1424 - Personation or Misuse of Papers in Naturalization Proceedings; Title 18, United States Code, Section 1542 - False Statement in Application for United States Passport

SAN JOSE VENUE

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (18 U.S.C. § 1424 - Personation or Misuse of Papers in Naturalization Proceedings)

On or about August 11, 1997, in the Northern District of California, the defendant,

CARLOS BARRERA-RAMIREZ,
a/k/a GUSTAVO BARRERA-MORALES,

did knowingly personate another person as an applicant, declarant, and petitioner in a naturalization and citizenship proceeding, to wit: by filing Form I-130, Petition for Alien

INDICTMENT

Relative, on behalf of his wife, Maria Elizabeth Lopez-Solis, in which the defendant claimed under penalty of perjury that he was Gustavo Barrera-Morales, born on September 13, 1957 in Michoacan, Mexico, and became a naturalized United States citizen on September 18, 1996 in San Jose, California, when in truth and in fact, the defendant knew that his true name was Carlos Barrera-Ramirez, and that he was not entitled to file an immigration petition on behalf of Maria Elizabeth Lopez-Solis because the defendant was a citizen of Mexico, in violation of Title 18, United States Code, Section 1424.

COUNT TWO: (18 U.S.C. § 1424 - Personation or Misuse of Papers in Naturalization Proceedings)

On or about April 6, 2001, in the Northern District of California, the defendant,

CARLOS BARRERA-RAMIREZ,
a/k/a GUSTAVO BARRERA-MORALES,

did knowingly personate another person as an applicant, declarant, and petitioner in a naturalization and citizenship proceeding, to wit: by filing Form I-130, Petition for Alien Relative, on behalf of his son, Carlos Barrera-Lopez, in which the defendant claimed under penalty of perjury that he was Gustavo Barrera-Morales, born on September 13, 1957 in Michoacan, Mexico, and became a naturalized United States citizen on September 18, 1996 in San Jose, California, when in truth and in fact, the defendant knew his true name was Carlos Barrera-Ramirez, and that he was not entitled to file an immigration petition on behalf of Carlos Barrera-Lopez because the defendant was a citizen of Mexico, in violation of Title 18, United States Code, Section 1424.

COUNT THREE: (18 U.S.C. § 1424 - Personation or Misuse of Papers in Naturalization Proceedings)

On or about April 12, 2001, in the Northern District of California, the defendant,

CARLOS BARRERA-RAMIREZ,
a/k/a GUSTAVO BARRERA-MORALES,

did knowingly personate another person as an applicant, declarant, and petitioner in a naturalization and citizenship proceeding, to wit: by filing Form I-485, Application to Register

INDICTMENT
2

1  Permanent Resident or Adjust Status, on behalf of his son, Carlos Barrera-Lopez, in which the
2  defendant claimed under penalty of perjury that he was Gustavo Barrera-Morales, born on
3  September 13, 1957 in Michoacan, Mexico, and became a naturalized United States citizen on
4  September 18, 1996 in San Jose, California, when in truth and in fact, the defendant knew that
5  his true name was Carlos Barrera-Ramirez, and that he was not entitled to file an immigration
6  petition on behalf of Carlos Barrera-Lopez because the defendant was a citizen of Mexico, in
7  violation of Title 18, United States Code, Section 1424.

8  COUNT FOUR: (18 U.S.C. § 1424 - Personation or Misuse of Papers in Naturalization
                Proceedings)
9

10  On or about May 13, 2002, in the Northern District of California, the defendant,

11              CARLOS BARRERA-RAMIREZ,
              a/k/a GUSTAVO BARRERA-MORALES,
12

13  did knowingly personate another person as an applicant, declarant, and petitioner in a
14  naturalization and citizenship proceeding, to wit: by filing Form I-130, Petition for Alien
15  Relative, on behalf of his son, Alejandro Barrera-Lopez, in which the defendant claimed under
16  penalty of perjury that he was Gustavo Barrera-Morales, born on September 13, 1957 in
17  Michoacan, Mexico, and became a naturalized United States citizen on September 18, 1996 in
18  San Jose, California, when in truth and in fact, the defendant knew that his true name was Carlos
19  Barrera-Ramirez, and that he was not entitled to file an immigration petition on behalf of
20  Alejandro Barrera-Lopez because the defendant was a citizen of Mexico, in violation of Title 18,
21  United States Code, Section 1424.

22  COUNT FIVE: (18 U.S.C. § 1542 - False Statement in Application for United States Passport)
23  On or about February 13, 1998, in the Northern District of California, the defendant,

24              CARLOS BARRERA-RAMIREZ,
              a/k/a GUSTAVO BARRERA-MORALES,
25

26  did willfully and knowingly make a false statement in an application for a passport with the
27  intent to induce and secure the issuance of the passport under the authority of the United States,
28  for his own use and the use of another contrary to the laws regulating the issuance of passports

INDICTMENT
3

1  and the rules prescribed pursuant to such laws, in that he submitted at a United States Post Office
2  in San Jose, California, a Form DS-11 (Passport Application) in which he falsely stated that his
3  true name was Gustavo Barrrera-Morales, born on September 13, 1957 in Mexico, when in
4  truth and in fact, the defendant knew that his true name was Carlos Barrera-Ramirez, in violation
5  of Title 18, United States Code, Section 1542.
6  Dated: 20-Jun-2007                       A TRUE BILL

                                              FOREPERSON

10 SCOTT N. SCHOOLS
   United States Attorney

13 DAVID R. CALLAWAY
14 Deputy Chief, San Jose Branch Office

16 (Approved as to form: 
   AUSA SUSAN KNIGHT

INDICTMENT
4

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Counts 1-4: Title 18, USC § 1424 - Personation or Misuse of Papers in Naturalizat'n Proc.; Count 5 - Title 18, USC. § 1542 - False Statement in Application for U.S. Passport

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Counts 1-4 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee
Count 5 - 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment fee

**DEFENDANT - U.S.**
► CARLOS BARRERA-RAMIREZ aka Gustavo Barrera-Morales

**DISTRICT COURT NUMBER**
CR 07 00391 JF

FILED
2007 JUN 20 P 3:50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
DIST. OF CA. S.J.

HRL

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE / DSS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
07-70304 HRL

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
SUSAN KNIGHT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed
Month/Day/Year

**DATE OF ARREST** ►
Or... if Arresting Agency & Warrant were not
Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ►

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: