UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, June 27, 2007
**Case Number:** CR-07-00391-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. CARLOS BARRERA-RAMIREZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Carlos Barrera-Ramirez |
| Attorneys Present: Susan Knight | Attorneys Present: Jay Rorty |

---

PROCEEDINGS:

Status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present.
Continued to 8/1/07 at 9:00 a.m. for further status review.
35 days are excluded for the reasons stated.