**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, September 5, 2007
**Case Number:** CR-07-00391-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

---

TITLE:     **UNITED STATES OF AMERICA V. CARLOS BARRERA-RAMIREZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Carlos Barrera-Ramirez |
| Attorneys Present: Susan Knight | Attorneys Present: Lara Vinnard |

---

PROCEEDINGS:
    Further status review hearing held.  Counsel, Spanish interpreter Lupita Arce and defendant are present.   Continued to 10/3/07 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.