# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, October 3, 2007
**Case Number:** CR-07-00391-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. CARLOS BARRERA-RAMIREZ**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Carlos Barrera-Ramirez |
| Attorneys Present: Susan Knight | Attorneys Present: Jay Rorty |

---

PROCEEDINGS:
    Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 10/24/07 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated.