UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, October 24, 2007
**Case Number:** CR-07-00391-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**      UNITED STATES OF AMERICA V. CARLOS BARRERA-RAMIREZ

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Carlos Barrera-Ramirez |
| Attorneys Present: Susan Knight | Attorneys Present: Jay Rorty |

PROCEEDINGS:
Disposition and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty count 1 of the Indictment. Defendant is sentenced to 6 months prison; 3 years supervised release; and $100.00 special assessment. The issue of restitution is referred to U. S. Probation. The Court retains jurisdiction for 90 days.